# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV09-01161 - JVS (ANx) | Date | December 1, 2011 |
| Title | United States of America v. $100,040.00 in U.S. Currency | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                                          Not Present

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS the parties to show cause in writing no later than <u>December 21, 2011,</u> why this action should not be dismissed for lack of prosecution. As an alternative to a written response by parties, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

   **X**   **Answer by the defendant(s) or plaintiff's request for entry of default.**

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

The Court hereby sets the **Order to Show Cause for hearing on January 9, 2012 at 11:30 a.m.** The Court further continues the Scheduling Conference from December 5, 2011 to January 9, 2012 at 11:30 a.m.

                                                                                                          :   00

                                                          Initials of Preparer    kjt