```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division                JS-6
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  California Bar No. 110984
         United States Courthouse
 7       312 North Spring Street, Suite 1400
         Los Angeles, California 90012
 8       Telephone:  (213) 894-5710
         Facsimile:  (213) 894-7177
 9       Email:      frank.kortum@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SACV 09-1161 JVS (ANx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $100,040.00 IN U.S. CURRENCY, | |
| Defendant. | |
| CELESTINO SALCEDO FLORES AND EUNICE HIDALGO PALACIOS, | |
| Claimants | |

On or about October 8, 2009, plaintiff United States of America ("the United States of America") filed a Verified Complaint for Forfeiture alleging that the defendant $100,040.00 in U.S. currency (the "defendant currency") is subject to forfeiture pursuant to 21 U.S.C. § 981(a)(6).

FDK:gc

1  Claimants Celestino Salcedo Flores and Eunice Hidalgo Palacios ("claimants") filed a claim to the defendant currency on November 10, 2009.  No other parties have appeared in this case and the time for filing claims and answers has expired.

The United States of America and claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.  The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3.  Notice of this action has been given as required by law.  No appearances have been made in this case by any person other than claimants.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.  $40,016.00 of the defendant currency, with interest on that amount only earned by the United States since seizure, shall be returned to claimants.  The remainder of the defendant currency (*i.e.*, $60,024.00), plus the interest earned by the United States of America on the remainder of the defendant currency since seizure, shall be condemned and forfeited to the United States of America.  The custodian of the defendant currency is ordered to dispose of the funds forfeited to the United States of America in accordance with law.

5.  The funds to be returned to claimants pursuant to

1  paragraph 4, shall be shall be returned via electronic transfer to
2  claimants in care of their attorney's, Richard M. Barnett, client-
3  trust account within sixty (60) days of the entry of this Consent
4  Judgment of Forfeiture.
5       6.   Claimants hereby release the United States of America, its
6  agencies, agents, officers, employees and representatives,
7  including, without limitation, all agents, officers, employees and
8  representatives of the Drug Enforcement Administration and the
9  Department of Justice and their respective agencies, as well as all
10 agents, officers, employees and representatives of any state or
11 local governmental or law enforcement agency involved in the
12 investigation or prosecution of this matter, from any and all
13 claims, actions, or liabilities arising out of or related to this
14 action, including, without limitation, any claim for attorney fees,
15 costs, and interest, which may be asserted by or on behalf of
16 claimant.
17      7.   The Court finds that there was reasonable cause for the
18 seizure of the defendant currency and institution of these
19 proceedings.  This judgment shall be construed as a certificate of
20 reasonable cause pursuant to 28 U.S.C. § 2465.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1     8.   The Court further finds that claimant did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.

    9.   The Court shall maintain jurisdiction in this case for the purpose of effectuating the terms of this Consent Judgment of Forfeiture.

DATED: December 13, 2011

                           HONORABLE JAMES V. SELNA
                           UNITED STATES DISTRICT JUDGE

FDK:gc

CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: December 8, 2011   Respectfuly submitted,

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States  Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____/S/_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


DATED: December 8, 2011


_____/S/_____
RICHARD M. BARNETT, ESQ.

Attorney for Claimants
Celestino Salcedo Flores and
Eunice Hidalgo Palacios

FDK:gc